# United States District Court

CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 06 March, 2006 03:43:12 PM
Clerk, U.S. District Court, ILCD

MAR - 3 2006

JOHN M. W_____, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.

RONALDO ISAAC LIZARRAGA-MORALES

**CRIMINAL COMPLAINT**

CASE NUMBER 06-M-3014

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 3, 2006__ in __Sangamon__ county, in the __Central__ District of __Illinois__ defendant(s) did, knowingly or in reckless disregard of the fact that an alien came to, entered and remained in the United States in violation of law, transported, moved such alien within the United States by means of transportation and otherwise, in furtherance of violation of law;

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__

I further state that I am an __BICE Special Agent__ and that this complaint is based on the following facts:
                                  Official Title

See attached Affidavit

Continued on the attached sheet and made a part hereof: **X** Yes ☐ No

s/ Stuart A. Kutz
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 3, 2006  2:35 pm        at   Springfield, IL
Date                                City and State

Byron G. Cudmore                    s/ Byron G. Cudmore
United States Magistrate Judge      _____
Name & Title of Judicial Officer    Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )    SS
COUNTY OF SANGAMON   )

### AFFIDAVIT

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, U. S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for thirty (30) years. I am currently assigned to the Springfield, Illinois ICE office in the Anti-Smuggling Unit;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including aliens who have entered the United States illegally and activities which constitute the illegal transportation of such aliens in the furtherance of their illegal presence in the United States;

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against RONALDO ISAAC LIZARRAGA-MORALES;

4. On Friday, March 3, 2006, at approximately 2:30 A.M., Illinois State Police Trooper Josh J. Adcock, stopped a silver 1994 Plymouth Voyager van bearing Arizona License # 822 RNV, that was traveling northbound on Interstate 55 near mile marker 93 in Springfield, Illinois. Trooper Adcock stopped this vehicle for having a suspended registration. Upon approaching the vehicle, the driver, RONALDO ISAAC LIZARRAGA-MORALES, presented a Mexican Driver's License issued in the State of Sinaloa. The driver told Trooper Adcock that they were going to Chicago, but he could not speak any other English. Only one of the passengers could speak any English, and he told the Trooper that he was going to pay the driver $400.00 upon

arrival in Chicago. Trooper Adcock, suspecting that this was a commercial alien smuggling load then requested that his dispatcher contact the local ICE office;

5. Upon responding to the scene, ICE Agents Tom Merchant and Scott Williams conducted cursory questioning of the vehicle's occupants, all of whom admitted to being Mexican citizens illegally present in the United States. At that time, all of the occupants were transported to the Springfield ICE Office for further questioning and processing;

6. During questioning, all of the passengers stated that they had been picked-up in the Phoenix, Arizona area by RONALDO ISAAC LIZARRAGA-MORALES, and that they first time they had ever seen him was when he arrived at the load house to pick them up. The passengers also stated RONALDO ISAAC LIZARRAGA-MORALES had driven all the way from Phoenix, Arizona to Springfield, Illinois. The passengers each stated that they had paid alien smuggling fees ranging from $500 to 2,000 each to be transported across the border and to be transported within the United States. Most of the passengers stated that they were to pay more money to RONALDO ISAAC LIZARRAGA-MORALES upon delivery to Chicago, Illinois;

7. Prior to questioning, RONALDO ISAAC LIZARRAGA-MORALES was advised of his rights as per Miranda. RONALDO ISAAC LIZARRAGA-MORALES acknowledged his understanding of those rights and agreed to and signed the waiver, agreeing to answer questions without an attorney present. RONALDO ISAAC LIZARRAGA-MORALES was also advised of his consular communication privileges pursuant to Article 36 of the Vienna Convention. When presented with the Retention of Witness form as per U. S. v. Lujan-Castro, RONALDO ISAAC LIZARRAGA-MORALES agreed to and signed the form authorizing the release of some of the potential witnesses in this case.

8. During questioning, RONALDO ISAAC LIZARRAGA-MORALES admitted that he knew that the passengers were all aliens illegally present in the United States. When asked about

the vehicle, RONALDO ISAAC LIZARRAGA-MORALES stated that he was driving this vehicle in lieu of $600.00 of his smuggling fee. RONALDO ISAAC LIZARRAGA-MORALES stated that the smuggler in Phoenix gave an unknown co-driver some money to pay for the food and gasoline expenses between Arizona and Illinois, and that unknown driver departed this group in St. Louis, Missiouri. RONALDO ISAAC LIZARRAGA-MORALES states that prior to leaving them, this unknown driver gave him $50.00 to complete the trip to Chicago, Illinois;

Based on the foregoing, affiant believes that there is probable cause to charge RONALDO ISAAC LIZARRAGA-MORALES with Illegal Transportation of Aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and that these activities occurred in Sangamon County, Illinois, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Stuart A. Kutz
_____
STUART A. KUTZ, SENIOR SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Subscribe and sworn before me
this 3rd day of March 2006. 2:35pm

s/ Byron G. Cudmore
_____
HONORABLE BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE