E-FILED
Monday, 13 March, 2006 10:12:13 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. : 06-M-3014 |
| RONALDO ISAAC LIZARRAGA-MORALES | ) | |
| Defendant | ) | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest RONALDO ISAAC LIZARRAGA-MORALES, and bring him forthwith to the nearest magistrate judge to answer a complaint charging him with knowing and reckless disregard of the fact that an alien came to, entered and remained in the United States in violation of the law, transported, moved such alien within the United States by means of transportation and otherwise, in furtherance of violation of law in violation of Title 8, United States Code, Section(s) 1324(a)(1)(A)(ii).

**Honorable Byron G. Cudmore**
Name of Judicial Officer

s/ Byron G. Cudmore
Signature of Judicial Officer

Bail fixed at $ No Bail by

**United States Magistrate Judge**
Title of Judicial Officer

3/6/06 at Springfield, Illinois
Date and Location

BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above named defendant at
_____

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 03/07/06 | Stuart Kutz | Larry Hollis |
| Date of Arrest | Title of Arresting Officer | |
| 03/03/06 | S/A w/ I.C.E. | |

arrest.frm