E-FILED
Wednesday, 15 March, 2006  11:25:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 06-03014-M |
| RONALDO ISAAC LIZARRAGA-MORALES, | ) |
| Defendant. | ) |

### MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and John E. Childress, Assistant United States Attorney, and for its Motion for Substitution of Counsel states as follows:

1. Assistant United States Attorney Patricia A. McInerney is designated as counsel of record in the above-captioned matter on behalf of the government.

2. The United States of America prays that Assistant United States Attorney John E. Childress be designated in lieu of Assistant United States Attorney Patricia A. McInerney as its representative.

WHEREFORE, the United States of America prays that this Court grant its Motion For Substitution of Counsel substituting Assistant United States Attorney John E. Childress for Assistant United States Attorney Patricia A. McInerney as

counsel of record on behalf of the government.

                        Respectfully submitted,

                        RODGER A. HEATON
                        UNITED STATES ATTORNEY

                        /s/John E. Childress
                        John E. Childress
                        Assistant United States Attorney
                        Illinois Bar 6210111
                        318 South 6th Street
                        Springfield, IL   62701
                        Telephone: 217/492-4450
                        Fax: 217/492-4044
                        E-mail: john.childress@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Douglas John Beevers
      Federal Public Defender
      douglas_beevers@fd.org

                        s:/John E. Childress